Commonwealth *v.* Grove, Appellant.

Submitted March 18, 1974. *Frank K. Williams*, for appellant; *David*

*Richman* and *Bonnie B. Leadbetter,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.